Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY GARDNER

  Plaintiff,

  v.

Commissioner of Social Security,

  Defendant.

6:12-CV-00755-JE

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

  Attorneys' fees in the amount of $**26,184.00** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney, Alan Graf. The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute. If EAJA fees are secured on appeal, Plaintiff's attorney is ordered to refund those EAJA fees to Kimberly Gardner up to and including the amount received by the attorney under 42 USC 406(b).

  DATED this 30th day of July, 2015

               /s/ John Jelderks
               United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES